UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JOHN LESTER SHEARIN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-00083-SNLJ |
| | ) | |
| CHARTER COMMUNICATIONS, INC., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

# MEMORANDUM AND ORDER

This matter is before the Court on defendant MasTec North America, Inc.'s motion for protective order and request for oral argument [Doc. 36] and defendant Charter Communications, Inc.'s motion for protective order and request for oral argument [Doc. 38]. Both motions request that the Court forbid plaintiff, or at the very least limit, the discovery sought by plaintiff in its second amended notice of taking videotaped deposition of corporate designees. [Docs. 37, 37-4, 39, 39-3].

Local Rule 3.04 provides:

> The Court will not consider any motion relating to discovery and disclosure unless it contains a statement that movant's counsel has conferred in person or by telephone with the opposing counsel in good faith or has made reasonable efforts to do so, but that after sincere efforts to resolve their dispute, counsel are unable to reach an accord. This statement also shall recite the date, time and manner of such conference, and the names of the individuals participating therein, or shall state with specificity the efforts made to confer with opposing counsel.

*See* E.D. Mo. L.R. 3.04. Here, the only indication in defendants' motions that any communications were initiated with plaintiff's counsel is one letter written by counsel for

defendant MasTec on October 21, 2025 [Doc. 37-2], that raised initial concerns with plaintiff's notice [Doc. 37-1].  Since that communication, plaintiff issued an amended notice [Doc. 37-3] on November 4, 2025, and a second amended notice [Doc. 37-4] on November 25, 2025, that altered the topics listed in the initial notice.  After plaintiff's amendments, there is no indication that defendants' counsel has conferred in person with opposing counsel regarding the alleged disputes or even made a good faith or reasonable effort to do so as required by Local Rule 3.04.  As a result, the motions must be summarily denied.

Accordingly,

**IT IS HEREBY ORDERED** that defendant MasTec North America, Inc.'s Motion for Protective Order and Request for Oral Argument [Doc. 36] is **DENIED**.

**IT IS FURTHER ORDERED** that defendant Charter Communications, Inc.'s Motion for Protective Order and Request for Oral Argument [Doc. 38] is **DENIED**.

**SO ORDERED** on this 29th day of December, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE